UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL DAVID KAUFMAN,<br><br>Plaintiff,<br><br>v.<br><br>M. E. SPEARMAN, et al.,<br><br>Defendants. | Case No. 15-cv-02777-JD<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT; STAYING CASE AND REFERRAL TO MEDIATION**<br><br>Re: Dkt. Nos. 16, 20 |

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. The parties have filed a joint stipulation stating that a settlement conference would be beneficial. Therefore, this case shall be referred to Magistrate Judge Vadas for a settlement conference pursuant to the Pro Se Prisoner Mediation Program. The conference will take place within **one hundred and twenty days** of the date this order is filed. Magistrate Judge Vadas will coordinate a time and date for a settlement proceedings with all interested parties and/or their representatives and, within **five days** after conclusion of the settlement proceedings, file with the Court a report of the proceedings.

**CONLCUSION**

1. Plaintiff's motion for default judgment (Docket No. 16) is **DENIED** because defendants timely responded to the complaint.

2. The joint motion for a settlement conference (Docket No. 20) is **GRANTED**.

3. The case is referred to Magistrate Judge Vadas for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. The Clerk with send a copy of this order to Magistrate Judge Vadas in Eureka, California.

4. In view of the referral, this case is **STAYED** pending the settlement proceedings.

**IT IS SO ORDERED.**

Dated: May 23, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL DAVID KAUFMAN,

Plaintiff,

v.

M. E. SPEARMAN, et al.,

Defendants.

Case No. 15-cv-02777-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joel David Kaufman
AT3133
P.O. Box 705
Soledad, CA 93960

Dated: May 23, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

3