**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

EUREKA DIVISION

8
9

JOEL DAVID KAUFMAN,                          No. 3:15-CV-02777 JD (NJV)

10

       Plaintiff,                                   ORDER AND WRIT OF HABEAS
    v.                                                   CORPUS AD TESTIFICANDUM

11

SPEARMAN, et al.,

12

       Defendants.

13

_____/

14
15

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the

person of JOEL DAVID KAUFMAN, inmate no. AT3133, presently in custody at Correctional Training

16

Facility, as the presence of said witness will be necessary at proceedings in the above-entitled cause and

17

thereafter as may be required

18
19
20

Dated: July 14, 2016                         _____
                                  NANDOR J. VADAS
                                  United States Magistrate Judge

21
22
23

THE PRESIDENT OF THE UNITED STATES OF AMERICA

24

TO:    Warden, Correctional Training Facility

25

<u>GREETINGS</u>

26

WE COMMAND that you have and produce the body of JOEL DAVID KAUFMAN, inmate no.

27

AT3133, in your custody in the hereinabove-mentioned institution, before the United States District

28

Court  at Solano State Prison, at  1:00 p.m., on August 19, 2016, in order that said prisoner may then

and there participate in the SETTLEMENT CONFERENCE in the matter of  Kaufman v. Spearman,

1   et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned

2   institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the

3   custody of said prisoner, and further to produce said prisoner at all times necessary until the termination

4   of the proceedings for which his testimony is required in this Court;

5          Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

6   for the Northern District of California.

7

8   Dated:  July 14, 2016

9                                                          SUSAN Y. SONG
                                                           CLERK, UNITED STATES DISTRICT COURT

10

11                                                         By: Linn Van Meter
                                                               Administrative Law Clerk

12

13

14

15  Dated:  July 14, 2016



16

17



Judge Nandor J. Vadas

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California